

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2023

No. 04-22-00495-CV

Olga Lydia **VENEGAS**,
Appellant/Cross-Appellee

v.

Ricardo **VENEGAS** and Maribel Veronica Ortiz,
Appellee/Cross-Appellants

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19142
Honorable Rosie Alvarado, Judge Presiding

## O R D E R

On February 1, 2023, Appellant/Cross-Appellee's counsel Samuel V. Houston, III filed a motion to withdraw. The motion complies with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 6.5.

The motion to withdraw is GRANTED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court